IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHELTON TRENT MERRIWEATHER, )<br>            )<br>    Plaintiff,     )<br>            )<br>    v.         )<br>            )<br>MARK STRINGER, et al.,   )<br>            )<br>    Defendants.    ) | CIVIL ACTION NO.<br>2:21cv145-MHT<br>(WO) |

## OPINION

Plaintiff filed this lawsuit asserting that the defendants denied him due process by failing to investigate and/or arrest three Jackson Hospital doctors who allegedly assaulted him when they performed a procedure on him.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions to dismiss plaintiff's case be granted, and that the complaint be dismissed without first giving plaintiff leave to amend the complaint, as amendment would be futile.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo

review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of December, 2021.

                                           /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE