IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SHELTON TRENT MERRIWEATHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:21cv145-MHT |
| | ) | (WO) |
| MARK STRINGER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 26) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 24) is adopted.

(3) Defendants' motions to dismiss (Doc. 8, Doc. 10, & Doc. 12) are granted.

(4) This lawsuit is dismissed with prejudice as to the claims raised in this lawsuit, but without prejudice to the extent plaintiff wishes to sue in State court for the alleged assault.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of December, 2021.

                                            /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**